COMMONWEALTH of Pennsylvania,
Appellee

v.

Daniel GWYNN, Appellant.

Supreme Court of Pennsylvania.

Submitted Nov. 13, 2012.

Decided June 17, 2013.

Renee Hurtig Edelman, Esq., Federal Community Defender Office, Eastern District of PA, James H. Moreno, Esq., Defender Association of Philadelphia, for Gwynn, Daniel.

Hugh J. Burns, Jr., Esq., Philadelphia, Amy Zapp, Esq., Harrisburg, PA Office of Attorney General, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Court of Common Pleas is AFFIRMED.